FILED: April 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6423
(1:16-cv-03269-RDB)
_____

KEVIN YOUNGER

     Plaintiff - Appellee

v.

NEIL DUPREE

     Defendant - Appellant

and

JEMIAH L. GREEN; RICHARD N. HANNA; KWASI H. RAMSEY; WALLACE SINGLETARY; TYRONE CROWDER

     Defendants

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk